**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**KC**

| | |
|---|---|
| **Plaintiff**(s): **CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.** | **Defendant**(s): **SHAMROCK TILE & MARBLE, LLC.** |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: MICHAEL J. MCGUIRE Gregorio & Associates 2 N. LaSalle, Suite 1650, Chicago, IL 60602 312-263-2343 | Defendant's Atty: |

**08 C 108**

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
              Plaintiff:-**N/A**
            Defendant:-**N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **791 E.R.I.S.A**

VI. Cause of Action:     **ERISA and 29 U.S.C. 1132 and 185**

VII. Requested in Complaint
           Class Action: No
           Dollar Demand:
           Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** s/ Michael J. McGuire
**Date:** 1/6/08

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**