**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 108**

In the Matter of　　　　　　　　　　　　　　　Case Number:

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.,

v.

SHAMROCK TILE & MARBLE, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) | |
| FRANK A. MARCO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Frank A. Marco | |
| FIRM | |
| GREGORIO & ASSOCIATES | |
| STREET ADDRESS | |
| 2 N. LASALLE ST., SUITE 1650 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06205057 | (312) 263-2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

KC