## United States District Court for the Northern District of Illinois

Case Number: 08cv108    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets    (Victim, Against and $ Amount)
☐ Writ _____
    (Type of Writ)

_1_ Original and _1_ copies on _1-10-08_ as to _shamrock tile & marble, llc_
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05