IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE ) <br> WELFARE PLAN, CHICAGO TILE ) <br> INSTITUTE PENSION PLAN, AND ) <br> CERAMIC TILE, TERRAZZO, & GRANITE ) <br> CUTTERS UNION LOCAL NO. 67, ) <br> ) <br> v. ) <br> ) <br> SHAMROCK TILE & MARBLE, LLC. ) <br> ) <br> Defendant. ) | 08 C 108 <br> Judge Gottschall |

### *Affidavit of Bob Felde*

Now comes BOB FELDE who after being duly sworn upon oath states as follows:

1. I am the Director of Benefits for the Chicago Tile Institute Welfare and Pension Plans and in such capacity; I am authorized to make this Affidavit on behalf of the plaintiffs.

2. The Defendant has failed to pay contributions for the months of October and December 2007. As a result Defendant currently owes $21,237.35 in unpaid contributions.

3. Because of its failure to pay contributions due in a timely manner, Defendant owes interest, which continues to accrue and liquidated damages assessed at 10% for all funds, except the annuity fund, which are assessed at 20%.

4. Accrued as of January 2008, Defendant owes $2,729.57 in liquidated damages, and $318.56 in interest.

5. Due to Defendant's delinquency, under the terms of the plans, the Defendant is liable for health care claims made by its employees who fail to qualify for benefits under the terms of the plan due to the delinquency.

6. Mr. James Dalenburg has failed to qualify for benefits due to the Defendant's delinquency and has paid $971.10 in health care claims.



EXHIBIT B

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: *[signature: Bob Felde]*
BOB FELDE