Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 108 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan vs. Shamrock Tile & Marble, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for judgment by default [8] is granted. Enter Judgment Order. It is hereby ordered that default judgment is entered in favor of Plaintiffs and against Defendant, Shamrock Tile & Marble, LLC in the amount of $26,829.08. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|