IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, AND CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, | ) ) ) ) ) ) ) ) ) ) ) ) | 08 C 108 Judge Gottschall |
| v. | | |
| SHAMROCK TILE & MARBLE, LLC. | | |
| Defendant. | | |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, SHAMROCK TILE & MARBLE, LLC. in the sum of $26,829.08 representing the following amounts:

| | |
|---|---|
| Unpaid contributions for October and December 2007 | $21,237.35 |
| Unpaid Medical Claims | $971.10 |
| Attorney Fees and Costs | $1,572.50 |
| Interest | $318.56 |
| Liquidated Damages | $2,729.57 |
| **Grand Total** | **$26,829.08** |

ENTERED:

HON. JOAN B. GOTTSCHALL

DATE: 3/17/08

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343