# United States District Court
## Northern District of Illinois
### Eastern Division

Chicago Tile Institute Welfare Plan   **JUDGMENT IN A CIVIL CASE**

v.   Case Number: 08 C 108

Shamrock Tile & Marble, LLC

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant, Shamrock Tile & Marble, LLC in the amount of $26,829.08. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 3/20/2008

/s/ Rhonda Johnson, Deputy Clerk