## United States District Court for the Northern District of Illinois

Case Number: 08CV108         Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL        Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☑ Citation to Discover Assets

☐ Writ _____
     (Type of Writ)

1 Original and 1 copies on 06/02/08 as to NOVAK CONSTRUCTION COMPANY
                          (Date)